# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0828.  JOHNNY SMITH v. THE STATE.**

Johnny Smith has filed a pro se notice of appeal from the trial court's order denying his motion for out-of-time appeal. Smith's convictions were affirmed by this court in *Smith v. State*, 294 Ga. App. 692 (670 SE2d 191) (2008).

Where a criminal defendant's conviction has been affirmed, he has no right to directly appeal the denial of his motion for out-of-time appeal. *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction. See id.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, 01/11/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*